```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 10939
   DENNIS P BAGDON
   BONNIE L BAGDON                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

             Debtor
   SSN XXX-XX-1792      SSN XXX-XX-9762


--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/30/08 .

   2.  The case was converted to Chapter 7 without confirmation, 09/12/2008.

   3.  The Debtor paid a total of $   4800.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE   NOT FILED           .00        1298.59
CITIFINANCIAL             SECURED               .00           .00            .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC         .00           .00        2125.30
HSBC AUTO FINANCE         SECURED VEHIC         .00           .00        1097.70
WELLS FARGO FINANCIAL AC  SECURED VEHIC         .00           .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED       NOT FILED           .00            .00
A HARALAMPOPOULOS         UNSECURED       NOT FILED           .00            .00
DAVID TAUSSIG & ASSOC IN  UNSECURED       NOT FILED           .00            .00
SOUTHWEST RADIOLOGIST     UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CCA                       UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
COL/DEBT COLLECTOR SYSTE  UNSECURED       NOT FILED           .00            .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
DIRECT MERCHANTS CREDIT   UNSECURED       NOT FILED           .00            .00
DIRECT MERCHANTS CREDIT   UNSECURED       NOT FILED           .00            .00
FFCC COLUMBUS INC         UNSECURED       NOT FILED           .00            .00
--------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------
GREGORY EMERGENCY PHYSIC  UNSECURED       NOT FILED           .00            .00
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
KEYSTONE ORTHOPEDIC       UNSECURED       NOT FILED           .00            .00
```

```
MED BUSINESS BUREAU       UNSECURED      NOT FILED              .00          .00
MCS                       UNSECURED      NOT FILED              .00          .00
MEDICAL RECOVERY SPECIAL  UNSECURED      NOT FILED              .00          .00
MERRICK BANK              UNSECURED      NOT FILED              .00          .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED      NOT FILED              .00          .00
NEUROLOGY CONSULTANTS     UNSECURED      NOT FILED              .00          .00
NORTHWEST COLLECTORS      UNSECURED      NOT FILED              .00          .00
OPEN MRI AT CORPORATE WO  UNSECURED      NOT FILED              .00          .00
PALOS COMMUNITY HOSPITAL  UNSECURED      NOT FILED              .00          .00
PRONGER SMITH             UNSECURED      NOT FILED              .00          .00
PULMONARY MEDICINE ASSOC  UNSECURED      NOT FILED              .00          .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED              .00          .00
RAYMOND WHITTINGHAM DDS   UNSECURED      NOT FILED              .00          .00
SAMS CLUB                 UNSECURED      NOT FILED              .00          .00
RCS                       UNSECURED      NOT FILED              .00          .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00          .00
SUBURBAN EMERGENCY PHYSI  UNSECURED      NOT FILED              .00          .00
TINLEY WOODS ANESTHSIA S  UNSECURED      NOT FILED              .00          .00
TINLEY WOODS SURGERY CTR  UNSECURED      NOT FILED              .00          .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|----------|----------|-----------|-------|---------|
| TOTAL CLMS ALLOWED | .00      | .00      | .00       | .00   | .00     |
| PRINCIPAL PAID     | 4521.59  | .00      | .00       | .00   | 4521.59 |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00     |
| TOTAL PAID         | 4521.59  | .00      | .00       | .00   | 4521.59 |

The Debtor's attorney, JAHNKE & TOOLIS                , was allowed $   3500.00
and was paid $    966.00   direct and $         .00  through the plan.

The Trustee received $    278.41 .

Refunds to the Debtor totaled $         .00 .


    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 08 B 10939 DENNIS P BAGDON & BONNIE L BAGDON
```